UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. IFEOMA EZEKWO,

            Plaintiff,

-against-

SPECIALIZED LOAN SERVICING,

            Defendant.

23-CV-10392 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff paid the fees to bring this action *pro se*. On February 26, 2024, the Court dismissed the action as frivolous, noted that Plaintiff had filed more than 25 cases in this and other courts that were dismissed as frivolous, and ordered Plaintiff, within 30 days, to show cause by declaration why she should not be barred from filing further actions in this Court without prior permission, regardless of whether she pays the fee or seeks leave to proceed *in forma pauperis* (IFP). Plaintiff failed to file a declaration as directed. Accordingly, the bar order will issue.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions in this court without first obtaining from the court leave to file, regardless of whether she pays the filing fees or seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   April 1, 2024
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge