UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. IFEOMA EZEKWO,<br><br>       Plaintiff,<br><br>  -against-<br><br>SPECIALIZED LOAN SERVICING,<br><br>       Defendant. | 23cv10392 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 1, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated: April 1, 2024
      New York, New York

                    /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge